FILED
CLERK, U.S. DISTRICT COURT

09/25/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2024 Grand Jury

| UNITED STATES OF AMERICA, | ED CR No. 5:24-cr-00235-JFW |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1344(2): Bank Fraud; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft; 18 U.S.C. § 1708: Possession of Stolen Mail; 18 U.S.C. § 1704: Unlawful Possession of a Postal Key] |
| JENNIFER LYNN BECERRA-PAIZ and ALBERTO ANDRADE SERRATO JR., | |
| Defendants. | |

The Grand Jury charges:

COUNTS ONE THROUGH TEN

[18 U.S.C. §§ 1344(2), 2]

[BOTH DEFENDANTS]

A.   INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1.   Bank of America, N.A., Discover Financial Services, and Citibank N.A. (collectively, the "Banks"), were financial institutions insured by the Federal Deposit Insurance Corporation.

B.   THE SCHEME TO DEFRAUD

2.   Beginning on a date unknown to the Grand Jury, but no later than March 26, 2020, and continuing through at least on or about July 22, 2020, in Riverside County, within the Central District of California, and elsewhere, defendants JENNIFER LYNN BECERRA-PAIZ and ALBERTO ANDRADE SERRATO JR., and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and with intent to defraud, devised and executed a scheme to obtain money, funds, credits, assets, and other property in the custody and control of the Banks by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

3.   The fraudulent scheme operated, in substance, as follows:

   a.   Defendants BECERRA-PAIZ and SERRATO would steal mail from victims' mailboxes, including mail sent by various financial institutions to victims at the victims' residential addresses.

   b.   Defendants BECERRA-PAIZ and SERRATO would steal mail to obtain debit cards, credit cards, and bank account information belonging to others.

   c.   Defendants BECERRA-PAIZ and SERRATO would use the debit and credit cards to make unauthorized purchases at retail locations and to obtain cash from Automated Teller Machines ("ATMs").

C.   THE EXECUTION OF THE FRAUDULENT SCHEME

4.   On or about the following dates, in Riverside County, within the Central District of California, and elsewhere, defendants BECERRA-PAIZ and SERRATO, together with others known and unknown to the Grand Jury, each aiding and abetting the others, committed and willfully caused others to commit the following acts, each of which constituted an execution of the fraudulent scheme:

| COUNT | DEFENDANT | DATE | ACT |
|---|---|---|---|
| ONE | BECERRA-PAIZ and SERRATO | May 15, 2020 | Defendants BECERRA-PAIZ and SERRATO charged $128.74 to a Citibank credit card in the name of Victim G.P. to make purchases at Home Depot in Moreno Valley, California. |
| TWO | SERRATO | July 14, 2020 | Defendant SERRATO charged $127.55 to a Citibank credit card in the name of Victim J.C. to make purchases at a Home Depot store in Moreno Valley, California. |
| THREE | SERRATO | July 15, 2020 | Defendant SERRATO charged $379.02 to a Citibank credit card in the name of Victim J.C. to make purchases at a Home Depot store in Moreno Valley, California. |
| FOUR | BECERRA-PAIZ | July 15, 2020 | Defendant BECERRA-PAIZ charged $68.63 to a Discover credit card in the name of Victim L.J. to make purchases at a Target store in Riverside, California. |
| FIVE | BECERRA-PAIZ | July 15, 2020 | Defendant BECERRA-PAIZ charged $203.11 to a Discover credit card in the name of Victim L.J. to make purchases at a Home Depot store in Riverside, California. |
| SIX | BECERRA-PAIZ | July 16, 2020 | Defendant BECERRA-PAIZ charged $275.19 to a Discover credit card in the name of Victim L.J. to make purchases at a JC Penney store in Moreno Valley, California. |
| SEVEN | SERRATO | July 17, 2020 | Defendant SERRATO charged $66.35 to a Citibank credit card in the name of Victim J.C. to make purchases at a Home Depot store in Moreno Valley, California. |

| COUNT | DEFENDANT | DATE | ACT |
|---|---|---|---|
| EIGHT | SERRATO | July 17, 2020 | Defendant SERRATO charged $197.14 to a Citibank credit card in the name of Victim J.C. to make purchases at a Home Depot store in Moreno Valley, California. |
| NINE | SERRATO | July 17, 2020 | Defendant SERRATO charged $355.58 to a Citibank credit card in the name of Victim J.C. to make purchases at a Home Depot store in Moreno Valley, California. |
| TEN | SERRATO | July 17, 2020 | Utilizing a Bank of America debit card in the name of Victim I.L., defendant SERRATO withdrew $500 from a Bank of America ATM in Moreno Valley, California. |

## COUNT ELEVEN

### [18 U.S.C. § 1028A(a)(1)]

### [DEFENDANT BECERRA-PAIZ]

On or about July 15, 2020, in Riverside County, within the Central District of California, defendant JENNIFER LYNN BECERRA-PAIZ knowingly possessed and used, without lawful authority, means of identification that defendant BECERRA-PAIZ knew belonged to another person, namely, the name of Victim L.J. and a Discover account number belonging to Victim L.J., during and in relation to the offense of Bank Fraud, a felony violation of Title 18, United States Code, Section 1344(2), as charged in Count Four of this Indictment.

COUNT TWELVE

[18 U.S.C. § 1028A(a)(1)]

[DEFENDANT SERRATO]

On or about July 17, 2020, in Riverside County, within the Central District of California, defendant ALBERTO ANDRADE SERRATO JR. knowingly possessed and used, without lawful authority, means of identification that defendant SERRATO knew belonged to another person, namely, the name of Victim J.C. and a Citibank account number belonging to Victim J.C., during and in relation to the offense of Bank Fraud, a felony violation of Title 18, United States Code, Section 1344(2), as charged in Count Seven of this Indictment.

COUNT THIRTEEN

[18 U.S.C. §§ 1708, 2(a)]

[BOTH DEFENDANTS]

On or about July 22, 2020, in Riverside County, within the Central District of California, defendants JENNIFER LYNN BECERRA-PAIZ and ALBERTO ANDRADE SERRATO JR., each aiding and abetting the other, unlawfully possessed mail and mail matter that had been stolen and taken from the United States mail, namely, approximately 241 pieces of mail and mail matter addressed to various individuals and businesses, within Riverside County and elsewhere, and at that time and place, defendants BECERRA-PAIZ and SERRATO knew that said mail and mail matter were stolen.

COUNT FOURTEEN

[18 U.S.C. §§ 1704, 2(a)]

[BOTH DEFENDANTS]

On or about July 22, 2020, in Riverside County, within the Central District of California, defendants JENNIFER LYNN BECERRA-PAIZ and ALBERTO ANDRADE SERRATO JR., each aiding and abetting the other, knowingly possessed with the intent to unlawfully and improperly use, and to cause the same to be unlawfully and improperly used, a key suited to locks adopted and in use at the time by the United States Post Office Department and Postal Service, and to any authorized receptacle for the deposit or delivery of mail matter, namely, one counterfeit Postal Service "arrow" key.

A TRUE BILL

    /s/
_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

*(signature)*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

COURTNEY N. WILLIAMS
Assistant United States Attorney
Riverside Branch Office